IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:09-CV-231-RJC-DCK

| | |
|---|---|
| NATIONAL FIRE INSURANCE COMPANY ) OF HARTFORD, et al., ) ) Plaintiff, ) ) v. ) ) JOSE TRUCKING CORP., et al., ) ) Defendants. ) ) | **ORDER** |

This matter is before the Court on the "Application For Admission To Practice Pro Hac Vice" (Document No. 5) filed June 11, 2009 for admission of Christopher R. Carroll as counsel *pro hac vice* on behalf of Plaintiff National Fire Insurance Company of Hartford.

Upon review and consideration of the Motion, the Court will grant the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Mr. Carroll shall be admitted to appear before this court *pro hac vice* on behalf of Plaintiff National Fire Insurance Company of Hartford. It appears that Mr. Carroll has associated Anthony T. Lathrop of Moore & Van Allen as local counsel

Signed: June 11, 2009

David C. Keesler
United States Magistrate Judge