**IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09 cv 231**

| | | |
|---|---|---|
| **NATIONAL FIRE INSURANCE COMPANY** | ) | |
| **OF HARTFORD, TRANSPORTATION** | ) | |
| **INSURANCE COMPANY, AMERICAN** | ) | |
| **CASUALTY CO. OF READING, PA, and** | ) | |
| **CONTINENTAL CASUALTY COMPANY,** | ) | |
| | ) | |
| **Plaintiffs** | ) | |
| | ) | **ORDER** |
| **v** | ) | |
| | ) | |
| **JOSE TRUCKING CORP. d/b/a G & P** | ) | |
| **CONTRACTORS, INC., and G & P** | ) | |
| **CONTRACTORS, INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

DURING THE REVIEW of this file by the undersigned in regard to the motion to compel filed by the plaintiffs, the undersigned discovered the following problems which the court considers should be addressed by the parties:

1) In the Complaint of the plaintiffs, the plaintiffs refer to an amended Complaint which the plaintiffs described as "attached hereto as Exhibit A." (#1, p. 4, ¶ 14) This exhibit is not contained within the court file. The Complaint also refers to "a true and accurate copy of the sub-contract as attached hereto as Exhibit B." (#1, p. 5, ¶ 23) This exhibit does not appear to be attached to the Complaint. The plaintiffs will be required to explain why the exhibits have not been filed with the court;

2)      In the Pretrial Order and Case Management Plan, the parties were ordered as follows: "the parties shall filed within thirty (3) days of this Order a

proposed briefing schedule regarding the choice of law issue in this case. The Court will consider this proposed briefing schedule when setting deadlines for submissions regarding the choice of law issue." An examination of the file does not show that a proposed briefing schedule has been filed as directed by the court. Both the plaintiffs and the defendants should be prepared to explain why the parties have not complied with the Order of the District Court as contained in the pretrial order.

## ORDER

IT IS, THEREFORE, **ORDERED** that counsel for the parties shall appear before the undersigned in the United States Courthouse in Asheville, North Carolina in Courtroom #2 on **February 17, 2010** to address the issues of:

1.  Why the exhibits referred to in the plaintiffs Complaint have not been filed with the court; and

2.  To address the issue of why the parties have not complied with the Orders of the court regarding a briefing schedule regarding the choice of law issue.

Signed: January 19, 2010

Dennis L. Howell
United States Magistrate Judge