## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### 3:09cv231

| | | |
|---|---|---|
| **NATIONAL FIRE INSURANCE COMPANY OF HARTFORD; TRANSPORTATION INSURANCE COMPANY; AMERICAN CASUALTY CO. OF READING, PA.; AND CONTINENTAL CASUALTY COMPANY,** | ) ) ) ) ) ) ) ) | |
| **Plaintiffs,** | ) ) | |
| **Vs.** | ) ) | **ORDER** |
| **JOSE TRUCKING CORP., d/b/a G & P CONTRACTORS, INC.; and G & P CONTRACTORS, INC.,** | ) ) ) ) | |
| **Defendants.** | ) ) | |
| _____ | ) | |

**THIS MATTER** is before the court on the court's review of status.  On April 13, 2010, the undersigned contacted respective counsel concerning compliance with the Orders of the district court in this matter.  In response, counsel reports that the case had settled and that a dismissal would be filed within the next several weeks. Inasmuch as the Pretrial Order remains in effect in this matter and the time clock is running, the court shall set a deadline for the filing of a Stipulation of Dismissal. Failure to file such stipulation by such deadline shall result in the parties being

required to fully comply with the district court's previous briefing Orders within seven days after such deadline has run.

## ORDER

**IT IS, THEREFORE, ORDERED** that:

(1)   the parties file a joint Stipulation of Dismissal under Rule 41 not later than May 21, 2010; and

(2)   if no such stipulation is filed by such date, that the parties bring this action into full compliance with the district court's briefing Orders not later than May 28, 2010.

Signed: April 20, 2010

Dennis L. Howell
United States Magistrate Judge